AARON D. FORD
Attorney General
HALEY DAWN BOX, (Bar No. 14666C)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3161 (phone)
(702) 486-3768 (fax)
Email: hbox@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERNARD MAY,<br><br>Plaintiff,<br><br>v.<br><br>NDOC, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-02857-CSD-MDC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Bernard May, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Haley Dawn Box, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 9th day of October, 2026. DATED this 9th day of October, 2026.

AARON D. FORD
Attorney General

By: /s/ [signature]
BERNARD MAY
Plaintiff

By: /s/ *Haley Dawn Box*
HALEY DAWN BOX (Bar No. 14666C)
Deputy Attorney General
*Attorneys for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The plaintiff's application to proceed in forma pauperis [ECF No. 1] is denied as moot. The Clerk of Court is kindly instructed to close this case.

[signature]

UNITED STATES DISTRICT JUDGE

Dated: November 5, 2026